UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GERARDO MIGUEL BAEZ DURAN and
WILSON FRANCISCO SANCHEZ CRUZ,
*individually and on behalf of others similarly
situated,*

    *Plaintiffs,*

-against-

E L G PARKING INC. (D/B/A E L G
PARKING INC.), STEVEN ROSENBERG,
BISHOP JOSEPH ALEXANDER, and
RAYMOND LOPEZ,
*Defendants.*
------------------------------------------------------------------X

STIPULATION
18-CV-6685

It is hereby agreed by the undersigned attorneys for Plaintiffs Gerardo Miguel Baez Duran and Wilson Francisco Sanchez Cruz and Defendant Steven Rosenberg, that the above action shall be dismissed only as to Steven Rosenberg, without prejudice, and without costs and attorneys' fees.

Dated: December 3, 2018
New York, NY

*/s/ Janie Byalik*
Janie Byalik, Esq.
Pashman Stein Walder Hayden
Attorneys for Defendant Steven Rosenberg
jbyalik@pashmanstein.com

*Paul Hershan*
Paul Hershan, Esq.
Michael Fallace & Associates, P.C.
60 East 42nd Street Suite 4510
New York, NY 10165
(212) 317-1200
phershan@faillacelaw.com

SO ORDERED: *George B Daniels*
U.S. District Judge George B. Daniels