UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

GERARDO MIGUEL BAEZ DURAN, WILSON
FRANCISCO SANCHEZ CRUZ, *individually and on behalf of others similarly situated*,

                              Plaintiffs,

-against-

ELG PARKING INC., BISHOP JOSEPH ALEXANDER, and RAYMOND DOE,

                              Defendants.

------------------------------------- x

ORDER

18 Civ. 6685 (GBD)

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: JAN 03 2019

GEORGE B. DANIELS, United States District Judge:

Defendants' request for an extension of time to file an application for *pro hac vice* admission, (ECF No. 47), is GRANTED. Defense counsel shall file such application or before February 18, 2019.

Defendants' reply to their Motion to Dismiss and response to Plaintiffs' Amended Complaint shall also be due on or before February 18, 2019.

The oral argument on the Motion to Dismiss scheduled for February 6, 2019 is adjourned to March 6, 2019 at 10:30 am.

Dated: New York, New York
        January 3, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge