Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
ctucker@faillacelaw.com

March 5, 2019

**VIA ECF**
Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**SO ORDERED**

DEC 0 9 2019

The status conference is adjourned from December 10, 2019 to January 7, 2020 at 9:45 a.m.

HON. GEORGE B. DANIELS

Re: <u>Miguel Baez Duran et al v. E L G Parking Inc. et al</u>; 18-cv-06685-GBD

Your Honor:

    This office represents Plaintiffs in the above-referenced matter. I write jointly with the Defense to request an adjournment of the Court's December 10, 2019 status conference.

    On August 13, 2019, the Court scheduled a status conference for December 10, 2019. Since that time, the mediation, originally scheduled for November 5, 2019 was not held and then rescheduled to December 19, 2019. In light of the adjourned mediation, the parties respectfully request that the status conference be adjourned to January 6, 7, 9, 10, 2020 or at the Court's earliest convenience thereafter.

    We thank the Court for its time and its attention to this matter.

Regards,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: DEC 0 9 2019

/s/ Clifford R. Tucker
Clifford R. Tucker, Esq.
Attorney for Plaintiffs
Michael Faillace & Associates
60 East 42nd St. Suite 4510
New York, NY 10165