UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MIGUEL BAEZ DURAN et al.,

                         Plaintiffs,

         -against-

E L G PARKING INC. et al.,

                        Defendants.

------------------------------------- x

ORDER

18 Civ. 6685 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 28, 2020 conference is adjourned to August 4, 2020 at 9:45 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge