UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO MIGUEL BAEZ DURAN AND WILSON FRANCISCO SANCHEZ CRUZ, individually and on behalf of others similarly situated,<br><br>                           Plaintiffs,<br><br>     -v-<br><br><br><br>E L G PARKING INC. d/b/a E L G PARKING INC., <u>et al.</u>,<br><br>                           Defendants. | CIVIL ACTION NO.: 18 Civ. 6685 (GBD) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone status conference was held today, October 6, 2020, regarding the discovery issues raised by Plaintiff.  (<u>See</u> ECF Nos. 74, 77-79).  Plaintiff's Letter-Motion to Compel (ECF No. 74) and Defendants' Letter-Motion for discovery (ECF No. 79) are DENIED without prejudice as follows.

By **Tuesday, October 20, 2020**, the parties are ordered to complete the following:

1. Defendants are ordered to complete production of tax returns, financial documents and organizational documents reflecting Defendant Bishop Joseph Alexander's connection to, and affiliation with, defendant ELG Parking Inc.
2. Defendants must serve verified Interrogatories in accordance with Federal Rule of Civil Procedure 33(b)(5).
3. Attorney E. Dubois Raynor must file his contemplated Motion to Withdraw as counsel for Defendant Raymond Lopez.

The deadline for the completion of Bishop Joseph Alexander's deposition is **Friday, November 20, 2020.**

The Clerk of Court is respectfully directed to close ECF Nos. 74 and 79.


Dated:        New York, New York
              October 6, 2020

                                    SO ORDERED


                                    _____
                                    SARAH L. CAVE
                                    United States Magistrate Judge