**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

GERARDO MIGUEL BAEZ DURAN, *individually and on behalf of others similarly situated*, et al.

                              Plaintiffs,

    -against-

E L G PARKING INC. et al.,

                              Defendants.

------------------------------------- x

ORDER

18 Civ. 06685 (GBD) (SLC)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for October 21, 2020 at 9:45 am is canceled, in light of this Court's referral to Magistrate Judge Cave for General Pretrial.

Dated: New York, New York
       October 13, 2020

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge