UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO MIGUEL BAEZ DURAN AND WILSON FRANCISCO SANCHEZ CRUZ, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>-v-<br><br>E L G PARKING INC. d/b/a E L G PARKING INC., et al.,<br><br>Defendants. | CIVIL ACTION NO.: 18 Civ. 6685 (GBD) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On October 6, 2020, E. Dubois Raynor, counsel for Defendants Raymond Lopez, E L G Parking Inc., and Bishop Joseph Alexander was ordered to file his contemplated Motion to Withdraw ("Motion") as counsel for Defendant Raymond Lopez by Tuesday, October 20, 2020. (ECF No. 81).  By **Friday, October 30, 2020,** Mr. Raynor shall submit either the contemplated Motion, or, if Mr. Raynor will not be filing the Motion, a Status Letter that addresses counsel's belief that a conflict of interest remains between Mr. Raynor and Defendant Lopez.  (See ECF No. 77).

Dated:     New York, New York
           October 26, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**