# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
_____

Brobinson@faillacelaw.com

October 29, 2021

**VIA ECF**
Hon. Sarah L. Cave
United States District Court
500 Pearl St.
New York, NY 10007

　　　　　　　　　Re:　　Duran et al v. ELG., et al.
　　　　　　　　　　　　Case No.: 1:18-cv-06685(GBD)(SLC)

Your Honor:

　　　This office represents Plaintiffs in the above-referenced matter. We write to respectfully request a status conference. We have been unable to move forward with discovery notwithstanding our multiple efforts to communicate with Defense Counsel to complete discovery.

　　　Thank you for your time and consideration to this matter.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Bryan D. Robinson*
　　　　　　　　　　　　　　　　　　　　　　　　Bryan D. Robinson, Esq.

*Certified as a minority-owned business in the State of New York*