# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                          Telephone: (212) 317-1200
New York, New York 10165                                  Facsimile: (212) 317-1620

Brobinson@faillacelaw.com

October 29, 2021

**VIA ECF**
Hon. Sarah L. Cave
United States District Court
500 Pearl St.
New York, NY 10007

                Re:      Duran et al v. ELG., et al.
                          Case No.: 1:18-cv-06685(GBD)(SLC)

Your Honor:

       This office represents Plaintiffs in the above-referenced matter. We write to respectfully request a status conference. We have been unable to move forward with discovery notwithstanding our multiple efforts to communicate with Defense Counsel to complete discovery.

       Thank you for your time and consideration to this matter.

                                                                        Respectfully Submitted,

                                                                         /s/ *Bryan D. Robinson*
                                                                         Bryan D. Robinson, Esq.

---

A Telephone Status Conference is scheduled **Wednesday, November 10, 2021 at 4:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

SO ORDERED 11/1/2021

*[signature: Sarah L. Cave]*
SARAH L. CAVE
United States Magistrate Judge

*Certified as a minority-owned business in the State of New York*