# CSM Legal, P.C.
Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

bryan@csm-legal.com

November 10, 2021

**VIA ECF**
Hon. Sarah L. Cave
United States District Court
500 Pearl St.
New York, NY 10007

     Re:  Duran et al v. ELG., et al.
        Case No.: 1:18-cv-06685(GBD)(SLC)

Your Honor:

  This office represents Plaintiffs in the above-referenced matter. This matter was scheduled for a discovery conference on Wednesday, November 10, 2021, at 4:00PM. However, our office recently installed computer software which altered the time to reflect the conference time at 4:30PM. As such, Plaintiff's counsel dialed in at 4:23PM, not knowing what had occurred until noticing the subsequent Court Order.

  Plaintiff's counsel has never missed a conference and would like to apologize.

  Thank you for your time and consideration to this matter.

                Respectfully Submitted,

                /s/ *Bryan D. Robinson*
                Bryan D. Robinson, Esq.