UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERARDO MIGUEL BAEZ DURAN AND WILSON FRANCISCO SANCHEZ CRUZ, individually and on behalf of others similarly situated,

                Plaintiffs,

-v-

E L G PARKING INC. d/b/a E L G PARKING INC., et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 6685 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Neither of the parties appeared for the November 10, 2021 discovery status conference (ECF No. 108), and, noting that "[n]either of the parties has meaningfully moved forward this 2018 [lawsuit]," the Court directed the parties to complete "all remaining fact discovery" by Wednesday, December 8, 2021, and to file a letter certifying the completion of fact discovery by December 10. (ECF No. 107). The parties have not responded to or complied with this Order, and the Court infers from their silence that fact discovery is complete.

The parties shall adhere to the Individual Rules and Practices of the Honorable George B. Daniels concerning the submission of a point pretrial order and dispositive motions, if any.

Dated:     New York, New York
          December 22, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**