# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                 Telephone: (212) 317-1200
New York, New York 10165                      Facsimile: (212) 317-1620

_____

March 3, 2022

**VIA ECF**
Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

                Re:      <u>Duran et al v. ELG., et al.</u>
                           <u>Case No.: 1:18-cv-06685(GBD)-(SLC)</u>

Your Honor:

       Our office represents Plaintiffs in the above-referenced matter. I write jointly with defense counsel pursuant to the Court's Order dated February 18, 2022.

       As such, the parties respectfully request a referral to the Court's mediation program. Additionally, the parties respectfully request an extension of time to resolve our discovery disputes up until the completion of mediation.

       Thank you for your time and consideration to this matter.

                                                              Respectfully Submitted,

                                                             <u>/s/ *Bryan D. Robinson*</u>
                                                             Bryan D. Robinson, Esq.
                                                             CSM Legal, P.C.