UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO MIGUEL BAEZ DURAN AND WILSON FRANCISCO SANCHEZ CRUZ, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>-v-<br><br>E L G PARKING INC. d/b/a E L G PARKING INC., et al,<br>Defendants. | CIVIL ACTION NO.: 18 Civ. 6685 (SLC)<br><br>**MEDIATION REFERRAL ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

It is hereby ORDERED that this case be referred to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 and the Mediation Program Procedures shall govern the mediation. The mediation will have no effect upon any scheduling order issued by this Court unless otherwise noted.

The parties shall file a joint letter updating the Court regarding the status of mediation by **May 6, 2022**.

Dated:   New York, New York
         March 4, 2022

SO ORDERED.

*/s/ Sarah L. Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**