# Civil Rights Consortium

May 4, 2022

**BY ECF**
Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

> Defendants' letter-motion seeking an extension of time to conduct a final mediation (ECF No. 118) is GRANTED.  The parties shall file a joint status report concerning the status of mediation by **Thursday, June 2, 2022**.
>
> The Clerk of Court is respectfully directed to close ECF No. 118.
>
> SO ORDERED 05/05/2022
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

        **Re:**    **Duran et al.,** *vs* **E L G etc., et al.,**
                 **Civil Action No. 18-06685(GBD)(SLC)**

Dear Judge Cave,

        I am writing as to the above-referenced matter, respectfully requesting that the parties have an extended, but a brief opportunity for purposes of conducting a final mediation. My office has been unable to reach the client and we are concerned about his well-being, as we know that the pandemic continues to rage. The client is very much responsive when we reach out, so this is unusual. As such, if the Court could grant the parties an extended opportunity to conduct one last mediation, it will give me the opportunity to have someone go by the client's office to ensure that he is not sick. However, I am going to do that in any event, as the client is needed for the litigation in general. I have consulted with counsel for the Plaintiff who is understandably upset we were not able to complete the mediation session and that we could not have consulted earlier about any need to reschedule.

Respectfully Submitted,

Civil Rights Consortium

BY: *C. Dubois Raynor, Jr.*
        E. Dubois Raynor, Jr., Esq.
        Managing Attorney

**BY ECF**

Bryan Cave, Esq.

ATTORNEYS FOR THE PLAINTIFFS

CSM Legal, P.C.

One Grand Central Place

60 East 42nd Street, Suite 4510

New York, NY 10165