# CSM Legal, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

> By **Tuesday, June 21, 2022**, the parties shall file a joint status report concerning the status of mediation.
>
> SO ORDERED 06/03/2022
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

June 2, 2022

Re:   Duran et al v. ELG Parking Inc., et al.
      Case No.: 18-cv-06685(GBD)(SLC)

Dear Judge Cave:

This office represents Plaintiffs in the above-referenced matter. I write jointly with defense counsel, and in accordance with Your Honor's Order dated May 5, 2022, to provide the Court with a status report.

Defense counsel had previously been unable to communicate with Defendants because the individual Defendant was out of the country during the attempted communications. Defense counsel has since communicated with Defendants and the parties have agreed to hold this mediation session on June 16, 2022.

Thank you for your time and consideration to this matter.

Respectfully Submitted,

/s/ *Bryan D. Robinson*
Bryan D. Robinson, Esq.
CSM Legal, P.C.
*Attorneys for the Plaintiffs*

cc:   Attorney for Defendants (via ECF)

*Certified as a minority-owned business in the State of New York*