UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERARDO MIGUEL BAEZ DURAN AND WILSON FRANCISCO SANCHEZ CRUZ, individually and on behalf of others similarly situated,

                Plaintiffs,

  -v-

E L G PARKING INC. d/b/a E L G PARKING INC., et al,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 6685 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were directed by the Court on June 3, 2022 (the "June 3 Order") to file a joint status report concerning the status of mediation by June 21, 2022. To date, the parties have failed to comply with the June 3 Order. Accordingly, by **Tuesday, June 28, 2022**, the parties shall file a joint status report concerning the status of mediation.

Dated:     New York, New York
            June 22, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**