UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERARDO MIGUEL BAEZ DURAN AND WILSON FRANCISCO SANCHEZ CRUZ, individually and on behalf of others similarly situated,

                Plaintiffs,

-v-

E L G PARKING INC. d/b/a E L G PARKING INC., et al,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 6685 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 28, 2022, the Court directed the parties to file a letter (the "Letter") by July 20, 2022, concerning the status of mediation. (ECF No. 124). To date, the parties have not filed the Letter. Accordingly, the parties are directed to file the Letter by **Monday, July 25, 2022**.

Dated:      New York, New York
             July 21, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge