# CSM Legal, P.C.

Employment and Litigation Attorneys

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

---

By **Friday, August 12, 2022**, the parties shall file a joint status report concerning the status of mediation.

SO ORDERED 07/25/22

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

---

July 22, 2022

United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   Duran et al v. ELG Parking Inc., et al.
        Case No.: 18-cv-06685(GBD)-(SLC)

Dear Judge Cave:

Our office represents Plaintiffs in the above-referenced matter. I write jointly with defense counsel, and in accordance with Your Honor's Order dated July 21, 2022, to provide the Court with a status report.

The parties had previously agreed to hold a second mediation session on July 13, 2022; however, Defendants were unable to provide documents and information that were essential to our resolution efforts. Notwithstanding, Defendants believe they will obtain said documents by August 5, 2022. Thereafter, the parties respectfully request to provide the Court with a status report which will also include the date for our second mediation.

We apologize for any inconvenience this may have caused.

Thank you for your time and consideration to this matter.

Respectfully Submitted,

/s/ *Bryan D. Robinson*
Bryan D. Robinson, Esq.
CSM Legal, P.C.
*Attorneys for the Plaintiffs*

cc:     Attorney for Defendants (via ECF)

*Certified as a minority-owned business in the State of New York*