UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO MIGUEL BAEZ DURAN AND WILSON FRANCISCO SANCHEZ CRUZ, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　　Plaintiffs<br><br>　-v-<br><br>E L G PARKING INC. d/b/a E L G PARKING INC., et al.,<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION NO.: 18 Civ. 6685 (GBD) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On July 25, 2022, the Court directed the parties to file a joint status report concerning the status of mediation by Friday, August 12, 2022 (the "Report"). (ECF No. 127). To date, the parties have not filed the Report. Accordingly, by **Thursday, August 18, 2022**, the parties shall file the Report.

Dated:　　　New York, New York
　　　　　　August 15, 2022

　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**SARAH L. CAVE**
　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**