# CSM Legal, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

_____

August 17, 2022

**VIA ECF**
Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re: <u>Duran et al v. ELG Parking Inc., et al.</u>
         <u>Case No.: 18-cv-06685(GBD)-(SLC)</u>

Dear Judge Cave:

  Our office represents Plaintiffs in the above-referenced matter.  I write jointly with defense counsel, and in accordance with Your Honor's Order dated August 15, 2022, to provide the Court with the status of mediation.

  First and foremost, the parties apologize for noncompliance of the Court's July 22, 2022, Order. The parties surmised that the information exchanged via email correspondence with the Court's chambers was in lieu of our status report.

  Furthermore, the parties have exchanged additional documents and information and will hold a second mediation session on October 5, 2022, at 10am.

  Thank you for your time and consideration to this matter.

                Respectfully Submitted,

                /s/ _Bryan D. Robinson_
                Bryan D. Robinson, Esq.
                CSM Legal, P.C.
                _Attorneys for the Plaintiffs_

cc:  Attorney for Defendants (via ECF)