# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165
_____

August 17, 2022

> By **Wednesday, October 19, 2022**, the parties shall file a joint status report concerning the status of mediation.
>
> SO ORDERED 08/18/22
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**
Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   Duran et al v. ELG Parking Inc., et al.
       Case No.: 18-cv-06685(GBD)-(SLC)

Dear Judge Cave:

Our office represents Plaintiffs in the above-referenced matter. I write jointly with defense counsel, and in accordance with Your Honor's Order dated August 15, 2022, to provide the Court with the status of mediation.

First and foremost, the parties apologize for noncompliance of the Court's July 22, 2022, Order. The parties surmised that the information exchanged via email correspondence with the Court's chambers was in lieu of our status report.

Furthermore, the parties have exchanged additional documents and information and will hold a second mediation session on October 5, 2022, at 10am.

Thank you for your time and consideration to this matter.

Respectfully Submitted,

/s/ *Bryan D. Robinson*
Bryan D. Robinson, Esq.
CSM Legal, P.C.
*Attorneys for the Plaintiffs*

cc:   Attorney for Defendants (via ECF)

*Certified as a minority-owned business in the State of New York*