# CSM Legal, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

November 18, 2022

**VIA ECF**
Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

              Re:      Duran et al v. ELG Parking Inc., et al.
                         Case No.: 18-cv-06685(GBD)-(SLC)

Dear Judge Cave:

      Our office represents Plaintiffs in the above-referenced matter. I write jointly with Defense Counsel, and in accordance with Your Honor's Order dated November 4, 2022.

      The parties have been unable to reach a settlement in this matter. Notwithstanding, Defense Counsel and I believe that the parties could benefit from the intervention and guidance from the Court. Accordingly, the parties are available for a settlement conference on the following dates: 1/12/23, 1/24/23, 1/25/23, 1/26/23, or on a date that is convenient for this Court.

      Thank you for your time and consideration to this matter.

      Respectfully Submitted,

      /s/ *Bryan D. Robinson*
      Bryan D. Robinson, Esq.
      CSM Legal, P.C.
      *Attorneys for the Plaintiffs*

cc:      Attorneys for Defendants (via ECF)