# Civil Rights Consortium

January 10, 2023

**BY ECF**
Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

> Defendants' letter-motion seeking to adjourn the settlement conference scheduled for Thursday, January 12, 2023 at 10:00 a.m. (ECF No. 139) is GRANTED, and the Court shall issue an amended conference scheduling order separately.
>
> The Clerk of Court is respectfully directed to close ECF No. 139.
>
> SO ORDERED 01/10/23
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

Re:  **Duran et al., *vs* E L G etc., et al.,**
      Civil Action No. 18-06685(GBD)(SLC)

Dear Judge Cave,

    I am writing as to the above-referenced matter, respectfully requesting a brief adjournment of the January 13, 2023, settlement conference, as defense counsel needs more a bit more time to sit with and prepare the Defendants for such for purposes making the most of the conference. As a result of the holiday schedule and the holidays, I was not able to do so. Counsel for the parties have had fruitful discussions concerning settlement, and mutually agree that a settlement conference would be very instrumental in possibly bringing the two sides together. However, defense counsel needs a bit more of an opportunity to sit with and counsel the Defendants ahead of the conference, which includes ensuring that the Defendants are present for the settlement conference.

Therefore, counsel respectfully requests a brief adjournment of the settlement conference. Defense counsel has had an opportunity to communicate with Plaintiffs' counsel, who has consented to the request, and both have agreed that good adjournment dates are January 24th or January 26.

Sincerely,

Civil Rights Consortium

BY: *Dubois Raynor, Jr.*
E. Dubois Raynor, Jr., Esq.
Managing Attorney

2