UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO MIGUEL BAEZ DURAN (aka RAFFY) and WILSON FRANCISCO SANCHEZ CRUZ, *individually and on behalf of others similarly situated,*<br><br>*Plaintiffs*,<br><br>-against-<br><br>E L G PARKING INC. (D/B/A E L G PARKING INC.), BISHOP JOSEPH ALEXANDER and RAYMOND LOPEZ.<br><br>*Defendants.* | 1:18-cv-06685-GBD-SLC<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, GERARDO MIGUEL BAEZ DURAN (aka RAFFY) and WILSON FRANCISCO SANCHEZ CRUZ (Plaintiffs") by their attorneys, CSM Legal, P.C., hereby voluntarily dismiss the claims and this action as against Defendant , RAYMOND LOPEZ , without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 27, 2023

By: _____
Bryan D. Robinson, Esq.
CSM Legal, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10022
Email:bryan@csm-legal.com
*Attorneys for Plaintiff*

1