# CSM Legal, P.C.
### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                   Telephone: (212) 317-1200
New York, New York 10165                                      Facsimile: (212) 317-1620
_____

March 1, 2023

**VIA ECF**
Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

> Re:     Duran et al v. ELG Parking Inc., et al.
>            Case No.: 18-cv-06685(GBD)-(SLC)

Dear Judge Cave:

Our office represents Plaintiffs in the above-referenced matter. I write in response to the Court's Order dated March 1, 2023 (Dkt. 147), and also to provide the Court with a status report.

The parties reached an agreement in principle to settle this matter following a settlement conference that was held on February 2, 2023; however, individual Defendant Raymond Lopez was not present during said settlement conference and thus is not a party to the settlement.

Plaintiffs ultimately decided to settle this matter with individual Defendant Bishop Joseph Alexander and Corporate Defendant ELG Parking Inc., and as a result Plaintiffs moved to voluntarily dismiss without prejudice the claims against Defendant Raymond Lopez under Fed. R. Civ. P. 41(a)(1)(A)(i) (Dkt. 145). *A copy is attached hereto as Exhibit A.*

Regarding our settlement agreement in accordance with Cheeks, the parties have executed the settlement agreement and Defendants are currently in the process of notarizing the Confessions of Judgment.

We apologize for any inconvenience this may have caused.

Thank you for your time and consideration to this matter.

Respectfully Submitted,

/s/ *Bryan D. Robinson*
Bryan D. Robinson, Esq.

cc:      Attorneys for Defendants (via ECF)