UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO MIGUEL BAEZ DURAN AND WILSON FRANCISCO SANCHEZ CRUZ, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br> -v-<br><br>E L G PARKING INC., et al.,<br><br>      Defendants. | CIVIL ACTION NO.: 18 Civ. 6685 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

  The Court is in receipt of Plaintiffs' motion for entry of judgment. (ECF No. 151) (the "Motion"). By **May 30, 2023**, Plaintiffs shall serve on Defendants' counsel the documents filed under ECF No. 151, together with this Order, by certified mail or overnight delivery, and file proof of service on the docket. By **June 13, 2023**, Defendants shall remit outstanding payments due to Plaintiffs under the parties' settlement agreement, or otherwise file a response to the Motion. In the event that Defendants remit payment by June 13, 2023, Plaintiffs shall inform the Court and may withdraw the Motion without prejudice.

Dated:  New York, New York    SO ORDERED.
     May 26, 2023

                          _____
                             **SARAH L. CAVE**
                             **United States Magistrate Judge**