UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERARDO MIGUEL BAEZ DURAN AND WILSON FRANCISCO SANCHEZ CRUZ, individually and on behalf of others similarly situated,

        Plaintiffs,

-v-

E L G PARKING INC., et al.,

        Defendants.

CIVIL ACTION NO.: 18 Civ. 6685 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiffs' letter at ECF No. 156. By **June 23, 2023**, Defendants shall respond to Plaintiffs' letter.

Dated:    New York, New York
           June 21, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**