UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO MIGUEL BAEZ DURAN AND WILSON FRANCISCO SANCHEZ CRUZ, individually and on behalf of others similarly situated,<br><br>                      Plaintiffs,<br><br>-v-<br><br>E L G PARKING INC., et al.,<br><br>                      Defendants. | CIVIL ACTION NO.: 18 Civ. 6685 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is Plaintiffs' motion for entry of judgment against Defendants due to their failure to make payments pursuant to the settlement agreement approved by the Court. (ECF Nos. 149-1 (the "Agreement"); 150 (order approving Agreement); 151 (the "Motion")).

Nothing precludes Plaintiffs from filing the signed confessions of judgment in the Supreme Court of the State of New York as set forth in the Agreement. (ECF No. 149-1 at 2-3 ¶ 1(b); id. at 9).

The Court holds the Motion in abeyance until July 24, 2023, at which time Defendants shall either respond to the Motion or provide proof of payment of the amounts due to Plaintiffs to date under the Agreement. (ECF No. 149-1 at 1–2 ¶¶ 1(a)-(b)).

Dated:    New York, New York        SO ORDERED.
             June 22, 2023

_____
**SARAH L. CAVE**
**United States Magistrate Judge**