UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO MIGUEL BAEZ DURAN AND WILSON FRANCISCO SANCHEZ CRUZ, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> -v- <br><br> E L G PARKING INC., et al., <br><br> Defendants. | CIVIL ACTION NO.: 18 Civ. 6685 (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is Plaintiffs' motion for entry of judgment against Defendants due to Defendants' failure to make payments pursuant to the settlement agreement approved by the Court. (ECF Nos. 149-1 (the "Agreement"); 150 (order approving Agreement); 151 (the "Motion"); 158 (letter in further support of the Motion)). The Court has provided Defendants two extensions of time to make the required payments or oppose the Motion. (ECF Nos. 155; 160). Most recently, Defendants were ordered, by July 24, 2023, to (i) respond to the Motion, or (ii) provide proof of payment of the amounts due to Plaintiffs to date under the Agreement. (ECF No. 160). Defendants have done neither and their deadline to do so has passed.

Accordingly, the Motion is deemed unopposed and therefore GRANTED. The Clerk of Court is respectfully directed to enter judgment in accordance with the Proposed Judgment filed at ECF No. 151-3.

Dated:   New York, New York                SO ORDERED.
         July 25, 2023

_____
**SARAH L. CAVE**
**United States Magistrate Judge**