UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GERARDO MIGUEL BAEZ DURAN
AND WILSON FRANCISCO SANCHEZ
CRUZ, individually and on behalf of others
similarly situated,

                Plaintiffs,                22 **CIVIL** 4087 (JLC)

     -against-                           **JUDGMENT**

E L G PARKING INC. (D/B/A E L G
PARKING INC.), and BISHOP JOSEPH
ALEXANDER,

               Defendants.
-----------------------------------------------------------X

    WHEREAS, Plaintiffs and Defendants E L G PARKING INC. (D/B/A E L G PARKING INC.), and BISHOP JOSEPH ALEXANDER ("Defendants") entered into a settlement agreement in this action, which was approved by this Court on March 14, 2023;

    WHEREAS, Defendants have defaulted in making the settlement payments to Plaintiffs as provided for in the settlement agreement;

    WHEREAS, this matter came before the Court for an entry of Judgment in favor of Plaintiffs and against Defendants, pursuant to the settlement agreement;

    NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is hereby entered in favor of Plaintiffs GERARDO MIGUEL BAEZ DURAN (aka RAFFY) and WILSON FRANCISCO SANCHEZ CRUZ and against Defendants E L G PARKING INC. (D/B/A E L G PARKING INC.), and BISHOP JOSEPH ALEXANDER, jointly and severally, in the sum of One Hundred Twenty Thousand Dollars and Zero Cents ($120,000.00) and that Plaintiffs shall have execution thereof.

**Dated:**  New York, New York

        July 25, 2023

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**

**BY:** _____

                                            **Deputy Clerk**