UNITED STATES DISTRICT COURT
FOR
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GERARDO MIGUEL BAEZ DURAN (aka RAFFY) and WILSON FRANCISO CRUZ,** *Individually and on behalf of others similarly situated*, <br><br> **Plaintiffs,** <br><br> -*against*- <br><br> **ELG PARKING INC. (D/B/A ELG PARKING INC.) and BISHOP JOSEPH ALEXANDER,** <br><br> **Defendants.** | Civil Action No.: 18-06685 |

PLEASE TAKE NOTICE that upon the annexed declaration of counsel, memorandum of law, and exhibits, Defendants ELG Parking Inc. and Joseph Alexander, move the Court pursuant to Rule 65 of the Federal Rules of Civil Procedure for an Order, Temporarily Restraining the Plaintiff's seizure of monies.

Dated: March 5, 2024
      Woodhaven, New York

*E. Dubois Raynor, Jr.*
E. Dubois Raynor, Jr., Esq.
Attorney for Defendants

## CERTIFICATE OF SERVICE

I, E. Dubois Raynor, do hereby certify that on the 8th Day of March 2024, I duly served upon the Plaintiffs, by way of counsel therefore, in *Duran et al. vs. ELG Parking etc., et al., Civil Action No. 18-6685*, complete and accurate and copies of the Defendants motion for injunctive relief as to the Agency's decision of termination, by filing such on ECF:

Jesse S. Barton, Esq.
CSM Legal, P.C.
ATTORNEYS FOR THE PLAINTIFFS
One Grand Central Place
60 East 42nd Street, Suite 4510
New York, NY 10165

_____
E. Dubois Raynor, Jr.