# EXHIBIT B

# CSM LEGAL, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
_____

May 25, 2023

**BY ECF**
Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *Miguel Baez Duran et al v. E L G Parking Inc. et al*
1:18-cv-06685-SLC

Your Honor:

My firm represents Plaintiffs in the above-referenced action. I write to respectfully request an entry of Judgment based on the settlement agreement in this action which the Court approved (and retained jurisdiction to enforce) on March 14, 2023. A supporting declaration, a proposed Judgment, and exhibits are attached hereto.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

By: _____/s/ *Catalina sojo*_____
Catalina Sojo, Esq,
CSM Legal P.C
*Attorneys for Plaintiffs*

Cc: E Dubois Raynor Jr., Esq. (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

GERARDO MIGUEL BAEZ DURAN (aka RAFFY) and WILSON FRANCISCO SANCHEZ CRUZ, *individually and on behalf of others similarly situated*,

                    *Plaintiffs*,

    -against-

E L G PARKING INC. (D/B/A E L G PARKING INC.), and BISHOP JOSEPH ALEXANDER,

                    *Defendants*.
------------------------------------------------------------

Case No. 18-cv-06685-GBD-SLC

**DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF JUDGMENT**

I, CATALINA SOJO, declare and affirm under the penalty of perjury:

    1.    I am the attorney for Plaintiffs GERARDO MIGUEL BAEZ DURAN (aka RAFFY) and WILSON FRANCISCO SANCHEZ CRUZ ("Plaintiffs") in the above-entitled action, am a member of the Bar of the State of New York and duly admitted to practice before this Court.

    2.    I make this declaration in support of Plaintiffs' request to enter a Judgment, on the basis of my familiarity with the facts and circumstances of the case, the records, papers and pleadings, my investigation into the matter and upon information and belief.

    3.    After extensive negotiations, Plaintiffs and Defendants E L G PARKING INC. (D/B/A E L G PARKING INC.), and BISHOP JOSEPH ALEXANDER ("Defendants") entered into a settlement agreement (the "Agreement"). A true and correct copy of the Settlement Agreement can be found in Docket No. 149, Exhibit #1.

    4.    On March 14, 2023, the Court approved the Agreement and retained jurisdiction to enforce it.

    5.    The Agreement called for Defendants to pay $80,000 to Plaintiff through twelve equal monthly installments. To date, Defendants have defaulted on their first payment.

    6.    Per the Agreement, Plaintiffs provided Defendants with a notice of default of the Agreement on April 20, 2023, via email. A true copy of the notice of default is annexed hereto as Exhibit A.

    7.    Per the Agreement, Defendants had until April 30, 2023, to cure their default.

1

8. To date, Defendants have neither cured their default nor submitted any of the settlement installment payments called for under the Agreement.

9. As part of the Agreement, Defendants each signed Confessions of Judgment allowing for the entry of Judgment against them in the amount of $120,000 (less any payments made) in the event they defaulted on the agreement and fail to cure said default.

10. Based on the foregoing, we kindly request that the Court enter Judgment in favor of Plaintiffs and against Defendants, jointly and severally, in the amount of One Hundred Twenty Thousand Dollars and Zero Cents ($120,000.00).

11. A proposed Judgment is annexed hereto.

12. I declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

Dated: New York, New York
      May 25, 2023

Respectfully submitted,

By: _____*Catalina Sojo*_____
Catalina Sojo, Esq.
CSM Legal P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
Telephone: (212) 317-1200
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
ROSARIO ARECIO, *individually and on behalf of others similarly situated*,

Case No. 18-cv-06685-GBD-SLC

*Plaintiffs*,

-against-

**JUDGMENT**

E L G PARKING INC. (D/B/A E L G PARKING INC.), and BISHOP JOSEPH ALEXANDER,

*Defendants.*
--------------------------------------------------------

     **WHEREAS,** Plaintiffs and Defendants E L G PARKING INC. (D/B/A E L G PARKING INC.), and BISHOP JOSEPH ALEXANDER ("Defendants") entered into a settlement agreement in this action, which was approved by this Court on March 14, 2023;

     **WHEREAS,** Defendants have defaulted in making the settlement payments to Plaintiffs as provided for in the settlement agreement;

     **WHEREAS,** this matter came before the Court for an entry of Judgment in favor of Plaintiffs and against Defendants, pursuant to the settlement agreement;

     **NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is hereby entered in favor of Plaintiffs GERARDO MIGUEL BAEZ DURAN (aka RAFFY) and WILSON FRANCISCO SANCHEZ CRUZ and against Defendants E L G PARKING INC. (D/B/A E L G PARKING INC.), and BISHOP JOSEPH ALEXANDER, jointly and severally, in the sum of One Hundred Twenty Thousand Dollars and Zero Cents ($120,000.00) and that Plaintiffs shall have execution thereof.

Judgment Entered this _____ day of

_____, 2023.

_____
US Magistrate Judge Sarah L. Cave

# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510      Telephone: (212) 317-1200
New York, New York 10165      Facsimile: (212) 317-1620

April 20, 2023

**VIA EMAIL**
Defendants' Counsel:
E. Dubois Raynor Esq.
Civil Rights Consortium, Inc.
89-07 Jamaica Avenue
Woodhaven, New York 11421
(855)-246-2776
dubois.raynor@civilrightsconsortium.com

     Re:    Default Notice;
            <u>Miguel Baez Duran et al v. E L G Parking Inc. et al</u>
            Index No. 1:18-cv-06685-SLC

Dear Mr. Raynor:

     We are counsel for the Plaintiff(s) in the above-referenced matter. Pursuant to the terms and conditions of the Settlement Agreement signed between the parties (the "Agreement") and approved by Court on March 14, 2023, we are hereby providing you written notice of Defendants' default.

     The Defendants are in default of their payment obligations set forth in the Agreement relating to this matter. The parties settled for a gross sum of $80,000 (Eighty Thousand Dollars and No Cents) payable over 12 installments to the Plaintiff(s). To date, Defendants have defaulted on their first installment of $6,666.67 (Six Thousand Six Hundred Sixty-Six Dollars and Sixty-Seven Cents).

     At this point, we expect Defendants to cure their default without further delay. To this end, Defendants have ten (10) days from the receipt of this written Notice of Default to do so. If such breach is not cured within ten (10) days, Plaintiffs shall be permitted to file the confessions of judgment with the Supreme Court of the State of New York and/or in a Court of competent jurisdiction in the amount of $120,000.00 (One Hundred Twenty Thousand Dollars and Zero Cents) upon the Settlement Agreement and Release.

     Thank you for your prompt attention to this matter.

                                                  Respectfully,

                                                  CSM LEGAL, P.C.

                                                  /s/ Catalina Sojo
                                                  Catalina Sojo, Esq.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
GERARDO MIGUEL BAEZ DURAN
AND WILSON FRANCISCO SANCHEZ
CRUZ, individually and on behalf of others
similarly situated,

                    Plaintiffs,                    22 **CIVIL** 4087 (JLC)

      -against-                                    **JUDGMENT**

E L G PARKING INC. (D/B/A E L G
PARKING INC.), and BISHOP JOSEPH
ALEXANDER,

                    Defendants.
-----------------------------------------------------------------X

      WHEREAS, Plaintiffs and Defendants E L G PARKING INC. (D/B/A E L G PARKING INC.), and BISHOP JOSEPH ALEXANDER ("Defendants") entered into a settlement agreement in this action, which was approved by this Court on March 14, 2023;

      WHEREAS, Defendants have defaulted in making the settlement payments to Plaintiffs as provided for in the settlement agreement;

      WHEREAS, this matter came before the Court for an entry of Judgment in favor of Plaintiffs and against Defendants, pursuant to the settlement agreement;

      NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is hereby entered in favor of Plaintiffs GERARDO MIGUEL BAEZ DURAN (aka RAFFY) and WILSON FRANCISCO SANCHEZ CRUZ and against Defendants E L G PARKING INC. (D/B/A E L G PARKING INC.), and BISHOP JOSEPH ALEXANDER, jointly and severally, in the sum of One Hundred Twenty Thousand Dollars and Zero Cents ($120,000.00) and that Plaintiffs shall have execution thereof.

**Dated:**  New York, New York

        July 25, 2023

**RUBY J. KRAJICK**

**BY:**

_____
**Clerk of Court**

_[signature]_

_____
**Deputy Clerk**

Case 1:18-cv-06658-SLC Document 1462 Filed 07/25/24 Page 8 of 8