# EXHIBIT C



# NEW YORK CITY MARSHAL
## Stephen W. Biegel

109 West 38th Street, Suite 200 • New York, NY 10018
Phone: (212) MARSHAL (627-7425) • Fax: (212) 398-2000
NYC@MarshalBiegel.com • www.NewYorkCityMarshal.com

February 19, 2024

BISHOP JOSEPH ALEXANDER
ELG PARKING INC DBA ELG PARKING INC
1240 EDWARD L GRANT HWY
BRONX NY 10452

**JUDGMENT CREDITOR**
GERARDO MIGUEL BAEZ DURAN AND
WILSON FRANCISCO SANCHEZ CRUZ
VS
BISHOP JOSEPH ALEXANDER
ELG PARKING INC DBA ELG PARKING INC
**JUDGMENT DEBTOR**

## NOTICE TO JUDGMENT DEBTOR

Money or property belonging to you may have been taken or held in order to satisfy a judgment which has been entered against you. Read this carefully.

### YOU MAY BE ABLE TO GET YOUR MONEY BACK

State and federal laws prevent certain money or property from being taken to satisfy judgments. Such money or property is said to be "exempt." The following is a partial list of money which may be exempt::

1. Supplemental security income, (SSI);
2. Social Security;
3. Public Assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment insurance;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans benefits;
10. Ninety percent of your wages or salary earned in the last sixty days;
11. Twenty-five hundred dollars of any bank account containing statutorily exempt payments that were deposited electronically or by direct deposit within the last forty-five days, including, but not limited to, your social security, supplemental security income, veterans benefits, public assistance, workers' compensation, unemployment insurance, public or private pensions, railroad retirement benefits, black lung benefits, or child support payments;
12. Railroad retirement;
13. Black lung benefits; and
14. COVID-19 stimulus relief for individuals and families with children.

If you think that any of the money that has been taken or held is exempt, you must act promptly because the money may be applied to the judgment. Time is of the essence. **YOU MAY CONSULT AN ATTORNEY, INCLUDING LEGAL AID IF YOU QUALIFY.** The law (New York Civil Practice Laws and Rules, article four and sections fifty-two hundred thirty-nine and fifty-two hundred forty) provides a procedure for determination of a claim to an exemption.

**MARSHAL'S DOCKET # E 46283**

MARSHAL STEPHEN W. BIEGEL
Badge #27

CSM LEGAL, P.C.
Creditor or Attorney(s) for Judgment Creditor ✓

(BANKNTC)